# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RIGOBERTO CUELLAR § | |
| § | Civil Action No. 4:17-CV-729 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SELENE FINANCE LP, WILMINGTON § | |
| SAVINGS FUND SOCIETY, FSB d/b/a § | |
| CHRISTIANA TRUST, NOT § | |
| INDIVIDUALLY BUT AS TRUSTEE FOR § | |
| PRETIUM MORTGAGE ACQUISITION § | |
| TRUST § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2018, the report of the Magistrate Judge (Dkt. #19) was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. #11) be **GRANTED.**

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's claims against Defendants are DISMISSED with prejudice.

**SIGNED this 24th day of September, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE